

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

RECEIVED

MAY 23 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

FEDERAL CORRECTIONAL COMPLEX
TERRE HAUTE, INDIANA
**RETURN TO SENDER**
NOT AT THIS INSTITUTION
NEED CORRECT NAME AND NUMBER
INMATE LOCATIONS CAN BE FOUND ON OUR
WEBSITE (WWW.BOP.GOV)

Khalid Bryant, 76327-061
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

# Motions

**1:16-cr-00060-MRB USA v. Bryant CASE CLOSED on 01/23/2018**

CLOSED,HABEAS,LC2,PRO SE,SR Viol

## U.S. District Court

## Southern District of Ohio

### Notice of Electronic Filing

The following transaction was entered on 5/3/2022 at 11:45 AM EDT and filed on 5/3/2022

**Case Name:** USA v. Bryant
**Case Number:** 1:16-cr-00060-MRB
**Filer:** Dft No. 1 - Khalid Bryant
**Document Number:** 105

**Docket Text:**
**MOTION for Writ by Defendant Khalid Bryant. (kkz)**

**1:16-cr-00060-MRB-1 Notice has been electronically mailed to:**

Christy L Muncy     Christy.Muncy@usdoj.gov, AJones6@usa.doj.gov, CaseView.ECF@usdoj.gov, Michelle.Ewing@usdoj.gov, USAOHS.ECF@usdoj.gov, brittany.ewing@usdoj.gov, usaohs.ecfcincrim@usdoj.gov

Ashley N. Brucato     ashley.brucato@usdoj.gov, CaseView.ECF@usdoj.gov, Michelle.Ewing@usdoj.gov, USAOHS.ECF@usdoj.gov, brittany.ewing@usdoj.gov, kimberly.hamlin@usdoj.gov, michelle.kamphaus@usdoj.gov, usaohs.ecfcincrim@usdoj.gov

**1:16-cr-00060-MRB-1 Notice has been delivered by other means to:**

Khalid Bryant
76327061
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=5/3/2022] [FileNumber=8039533-0]
[8746289a86ca4e3dbfcf365e5683dce0ca0910e822dd7dd3b7c3dde2606127c1a3b9
7cc120b44c747a827e26dace7df0b6b4d9d1d1c58ed223f5ead1e5f5af10]]

1 of 2  4/26/22

Honorable Judge Barrett

The purpose of this letter is to make your chambers aware that I will be pleading guilty to my state charge. in exchange for a 2 year sentence that is to run concurrent with any possible revocation violation time. on May 9th. In the Hamilton county circuit court In front of Judge Lisa C. Allen

I am not currently being represented by anyone in my supervised release violation Hearing Process yet. that is why Im writing you so that you may Issue a writ for me to come and answer to that federal warrant in that my state proceedings will be finalized on May 9th.

Im currently being housed in the Hamilton county Justice center and would like to be brought into federal custody so that as my state Judges orders read i will be doing one sentence with the other concurrently

2 of 2

My attorney may be reached if in the event any documentation or assertion is needed with regards to me being made available to marshall custody.

Her name is Anna Mallory Phone # 513-325-0695

Thank you in advance with your issuance of a writ to bring me into federal custody at once.

Respectfully submitted
Khalid R Bryant # 763-27-061

Khalid R Bryant
1000 Sycamore St
Cincinnati, OH 45202